## File Hashes for IP Address 108.31.73.36

**ISP:** Verizon Online, LLC
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/20/2015 20:56:46 | 3728B2E9FA6A0B8729EB841621C7039A3B1EF353 | Retro Romp |
| 04/29/2015 13:32:03 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 04/29/2015 13:31:18 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 04/20/2015 12:53:05 | 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 |
| 03/21/2015 19:53:19 | E9E4359767D5B13DA01ED07689E7C2FBEAEBBBDB | Should Have Seen Your Face |
| 03/21/2015 19:43:29 | 33E0ABD791B50222199255BA15177D245EC5FFF0 | Let Me Join You |
| 03/21/2015 19:35:43 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 02/28/2015 11:26:30 | 8993DFD0089C63C22229C59361D4CB163A8F79A4 | Cat Fight |
| 02/28/2015 11:23:39 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 02/28/2015 10:34:06 | 74538C81BB43F501334963E3648FCC043754150F | Midnight Passion |
| 02/28/2015 09:59:28 | B7A38F28D987EFD5DC2E4A03CBF2FC45D7CFC3E0 | Our Little Cum Cottage |
| 02/28/2015 09:58:40 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 02/28/2015 09:35:39 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 02/28/2015 08:59:30 | FB8FF152622519D63853ABB6924BDD2D2D3F5306 | Pleasant Surprise |
| 02/28/2015 08:48:58 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 02/13/2015 06:50:52 | A7428806B93EDEDBA6EB086617C5124E87071ECE | In The Mirror |
| 02/13/2015 06:14:19 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 02/13/2015 02:57:11 | 2F73D5AB1B8AA4140DF33F79240E4F17B0EA3390 | A Christmas Story |
| 02/12/2015 23:57:30 | 98AF8221B61520A9A722C63CB5261F6D995C1C02 | Four Ways |
| 02/12/2015 23:36:33 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 02/12/2015 23:29:30 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 02/12/2015 21:53:07 | 7E14CD0F24C5F16C12489E6608DDED3B6C5EDA69 | The Studio Part #2 |

**Total Statutory Claims Against Defendant: 22**